# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-2444
_____

CITY OF JACKSONVILLE FIRE AND
RESCUE/CITY OF JACKSONVILLE
RISK MANAGEMENT,

    Appellants,

    v.

STEPHEN C. SCHNEPEL,

    Appellee.

_____

On appeal from an order of the Judge of Compensation Claims.
Ralph J. Humphries, Judge.

Date of Accident:  April 16, 2017.

January 30, 2019

PER CURIAM.

    AFFIRMED.

ROBERTS, RAY, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Brian A. Dominguez and Alexandra Valdes of Cole, Scott & Kissane, P.A., Miami, for Appellants.

John J. Schickel, of Coker Law, Jacksonville, and Bryan S. Gowdy and Meredith A. Ross of Creed & Gowdy, P.A., Jacksonville, for Appellee.